**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-1495

| | | |
|---|---|---|
| Boyd Lee Critel, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Curtis H. Evans; Gary F. Hatfield; | * | District of Nebraska |
| Charles W. Campbell; Randy R. | * | |
| Stoll; Unknown Does, 1 to 99, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: July 2, 1997

Filed: July 21, 1997

_____

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.

_____

PER CURIAM.

Boyd Lee Critel appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing his complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying his motions for default and

___

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.

for summary judgment. We have carefully reviewed the record and we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.